IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 3:13CR32 |
| v. ) | |
| ) | |
| EUGENIE MOYHE N'DRI ZIE. ) | |

## **O R D E R**

A motion having been duly brought before this Court for an order directing the Clerk of Court to accept prepayment of the monetary penalties in this matter, and the Court having considered the same, the Court finds that the Clerk of Court shall accept and deposit prepayment of the monetary penalties in this matter.

It is, therefore, ORDERED, ADJUDGED and DECREED that:

1. The prejudgment payment in any amount shall be accepted by the Clerk of Court in this case and the funds will be deposited into the Registry of the Court.

2. Upon entry of the Judgment entered in this case, or as soon as possible in the ordinary course of the Clerk's duties, the Clerk of Court will apply the prejudgment money towards the monetary penalties (criminal assessment, restitution and fines) ordered in this matter.

3. In the event the Clerk possesses funds in excess of the monetary penalties imposed in this matter, the Clerk shall refund any overpayment directly to the defendant.

4. The government shall be required to serve a copy of this Order upon the Clerk or the Financial Deputy Clerk.

April 8, 2013

_/s/ Frank D. Whitney_
Frank D. Whitney
United States District Judge